UNITED STATES, Appellee,

v.

Private E–2 Donn A. HOLMES, SSN 404–04–3610, United States Army, Appellant.

CM 442655.

U. S. Army Court of Military Review.

26 April 1983.

Captain Brenda L. Lyons, JAGC, argued the cause for the appellant. With her on the brief were Colonel William G. Eckhardt, JAGC, Major Robert C. Rhodes, JAGC, and Major Patrick F. Crow, JAGC.

Captain Gary L. Hoffman, JAGC, argued the cause for the appellee. With him on the brief were Colonel James Kucera, JAGC, Lieutenant Colonel John T. Ed-wards, JAGC, and Captain Thomas E. Booth, JAGC.

Before CLAUSE, COKER and HANFT, Appellate Military Judges.

OPINION OF THE COURT

HANFT, Judge:

During the guilty-plea inquiry in this general court-martial, the trial judge failed to advise the defendant that he was subject to a fine in addition to total forfeitures. Nonetheless, the sentence imposed by the judge included both a fine and total forfeitures which were approved by the convening authority. This was error. While the incomplete advice did not invalidate the plea of guilty, "before both total forfeitures and a fine can be approved the appellant must have been advised during the [guilty-plea] inquiry that his pecuniary loss could exceed the total forfeitures." *United States v. Whitekiller,* 8 M.J. 620, 621 (N.C. M.R.1979). *See United States v. Whittier,* 14 M.J. 606, 607 (A.F.C.M.R.1982). We shall disapprove the fine.

The findings of guilty are affirmed. Reassessing the sentence on the basis of the error noted and the entire record, the Court affirms only so much of the sentence as provides for a dishonorable discharge, confinement at hard labor for six months, forfeiture of all pay and allowances, and reduction to Private E–1.

Senior Judge CLAUSE and Judge COKER concur.